**RECEIVED**
Court of Appeals.

JAN 26 2015

**Lisa Matz**
**Clerk, 5th District**

1-16-15

Ms. Matz,

My name is Jeremy Sandersfeld and my court of appeals number is 05-13-01141-CR and trial court case number is 416-82341-07. I received my answer in the mail today with the outcome of the vote decided on 1-9-15. I do believe there is a misunderstanding on what I am appealing. You had previously wrote me and informed me that I was not allowed to write the justices directly so I am coming to you. In the letter in response to the decision on 1-9-15 it says I am appealing the adjudication of guilt. I am not appealing the verdict of guilt due to the fact I plead guilty in order to get the plea bargain deal to get the 10 years probation. After being on probation for 2 years my probation was revoked and that is what I am appealing. Another subject I would like to know about is when I sent in my response to the brief I had filed TRAP Rule 2 which means I don't have access to a copy machine so the courts would make copies and distribute them. That meant I sent you my originals and I don't have a copy for my records. Is there any way I can get the originals back or at least a copy of my records. Thirdly where do I go from here. Usually there is information leading a person to what they can do if they don't agree with the court's decision, just like when Ms. Lakatos filed the Anders brief I was told I could filed a response to the brief. I know there are further steps that can be taken such as 11.07 or further up courts of appeals. I just don't know what the next step and what the time limitations are to do the next step. I know

RECEIVED
Court of Appeals

JAN 2 6 2015

Lisa Matz
Clerk, 5th District

I brought up two issues that grant immediate relief for an appeal which means above all and anything else is that my appeal is guaranteed for these reasons no questions asked and I know some court is going to understand that. So any help or information sending me in the direction of my next step would be very appreciated.

Jeremy Sandersfeld #1875695
Luther Unit
1800 Luther Dr.
Navasota, Tx 77868.

Thank You for your time

Appellant, Pro Se

Jeremy Sandersfeld 1875645
Luther Unit
1800 Luther Dr.
Navasota, Tx. 77868

Legal Mail

7520245399

Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce St. Suite 200
Dallas, Tx. 75202

NORTH HOUSTON TX 773
22 JAN 2015 PM 2 L

Legal Mail

FOREVER
USA

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION